

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-19-00732-CR

Eric Nathaniel **REEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11077
Honorable Ray Olivarri, Judge Presiding

## O R D E R

Appellant's brief was originally due by January 21, 2020. Appellant's first motion requesting an extension of time to file the brief was granted, extending the deadline for filing the brief to February 20, 2020. Neither the brief nor a motion for extension of time to file the brief has been filed.

We therefore **ORDER** appellant's attorney to file his brief **by March 9, 2020**. If neither the brief nor an extension of time to file the brief is filed by the date ordered, we will order the appeal abated and remanded to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2020.



Michael A. Cruz,
Clerk of Court